## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAUL DIAZ** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-2351** |
| | : | |
| **ANTHONY LETIZIO,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 15th day of May, 2026, upon consideration of Defendant Dr. Anthony Letizio's Motion to Dismiss (ECF No. 17) and Plaintiff Raul Diaz's Motion to Deny Defendant Letizio's Motion to Dismiss (ECF No. 22), it is **ORDERED** that:

1.      The Motion to Dismiss (ECF No. 17) is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2.      The Clerk of the Court is **DIRECTED** to **RENAME** the docket entry at ECF No. 22 as "Response to Motion to Dismiss filed by Plaintiff Raul Diaz."

3.       Defendant Dr. Anthony Letizio shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

**BY THE COURT:**


*/s/Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**